DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| | | | |
|---|---|---|---|
| 389A15 | State v. Tae Kwon Hammonds | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-53) | 1. — |
| | | 2. Def's PDR As to Additional Issues | 2. Allowed |
| 391P15 | City of Asheville, a municipal corpora- tion v. State of North Carolina and the Metropolitan Sewerage District of Buncombe County | 1. Plt's Motion for Temporary Stay (COA14-1255) | 1. Allowed **11/25/2015** |
| | | 2. Plt's Motion for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Plt's Notice of Appeal Based Upon a Constitutional Question | 3. Retained |
| | | 4. Plt's PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. International Municipal Lawyers Association's Motion for Leave to File *Amicus* Brief | 5. Allowed |
| | | 6. Brunswick Regional Water & Sewer H2GO's Conditional Motion for Leave to File *Amicus* Brief | 6. Allowed |
| | | 7. City of Wilson's Conditional Motion for Leave to File *Amicus* Brief | 7. Allowed |
| | | 8. State's Motion to Dismiss Appeal | 8. Denied |
| | | 9. North Carolina League of Municipalities Conditional Motion for Leave to File *Amicus* Brief | 9. Allowed |
| 392PA13-3 | State v. Robert T. Walston, Sr. | 1. State's Motion for Temporary Stay | 1. Allowed **12/18/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 392P15 | State v. Joshua Donyell Walker | Def's PDR Under N.C.G.S. § 7A-31 (COA15-340) | Denied |
| 395P15 | State v. Timothy Jerome Lawing | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1288) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 396P15 | State v. Eric Douglas Hicks | Def's PDR Under N.C.G.S. § 7A-31 (COA15-491) | Denied |
| 397P15 | State v. Marlette Toomer and Vernon Toomer | Def's (Vernon Toomer) *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1246) | Denied |